IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY MATTHEW CAMPANA,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE; AND THE HONORABLE STEVE
L. DOBRESCU, DISTRICT JUDGE,
Respondents.

No. 71206

FILED

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus seeking an order directing the district court to reverse its decision denying meritorious credits. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Steve L. Dobrescu, District Judge
       Corey Matthew Campana
       Attorney General/Ely
       White Pine County Clerk